# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JILL DREXEL, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:07-CV-109 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| GENERAL MOTORS CORP., et al, | : | Magistrate Judge Deavers |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Defendant Delphi Corporation's ("Delphi") Unopposed Motion to Dismiss (Doc. 41).  The Parties are in agreement that, because Plaintiff failed to file an Administrative Expense Claim in Bankruptcy Court prior to July 15, 2009, she is barred from asserting any claims against Delphi.  The Motion is therefore **GRANTED**, and all claims against Delphi are **DISMISSED**.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: October 4, 2010**